IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY LAVERN SPENCER,
    Petitioner,

                              Case No. 3:12cv246/MCR/CJK

R.P. TIFFT, et al.,
    Respondents.

_____

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the Court upon petitioner's Motion for Judgment on the Pleadings filed pursuant to Federal Rule of Civil Procedure 12(c), (h)(2)(B). (Doc. 14). Petitioner seeks judgment on the pleadings on the grounds that Respondent Tifft's Limited Response, filed on October 23, 2013, "has failed to state a legal defense." (*Id*., p. 1). Petitioner's motion is moot in light of Respondent Tifft's filing of an amended response. (Doc. 23). Respondent Florida Parole Commission ("FPC") has not filed an answer, because petitioner has not provided the Court with the necessary (and ordered) service copy of his petition for service upon the FPC.

Accordingly, it is respectfully RECOMMENDED:

That petitioner's Motion for Judgment on the Pleadings (doc. 14) be DENIED.

At Pensacola, Florida this 14th day of January, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).